# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-326-027

**Effective Date of Registration:**
October 17, 2022
**Registration Decision Date:**
November 02, 2022

---

## Title

**Title of Work:** Butterfly Effect

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** June 16, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Kate Louise Powell
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Kate Louise Powell
6 Speirs Wharf, Flat 2, Glasgow, G4 9TB, United Kingdom

## Rights and Permissions

**Name:** Kate Louise Powell
**Email:** katelouisepowell@hotmail.co.uk
**Telephone:** (447)999-8282x78

## Certification

**Name:** David Denholm
**Date:** October 17, 2022
**Applicant's Tracking Number:** KP2022101701

Page 1 of 2

